**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **JARROD RAYMOND, P.P.A. MOLLY RAYMOND, BRANDON RAYMOND, P.P.A. MOLLY RAYMOND, MOLLY RAYMOND, DENNIS DRAKE** | : | |
| **V.** | : | **C.A. No.:** CA 08 137S |
| **PEGGY GLORIA, Individually and in her capacity as Social Worker; STEPHANIE TERRY, Individually and in her capacity as Supervisor, STATE OF RHODE ISLAND DEPARTMENT OF CHILDREN, YOUTH AND FAMILIES; JAY D. LINDGREN, JR., in his capacity as the Director of the Rhode Island Department of Children, Youth and Families, et al.** | : | |

**NOTICE OF REMOVAL**

To: **Clerk of the Court**
**United States District Court**
**District of Rhode Island**
John O. Pastore Federal Building
Two Exchange Terrace
Providence, RI 02903

**Clerk of the Court**
**Providence County Superior Court**
250 Benefit Street
Providence, RI 02903

**Mary Ann Violette, Esquire**
Audette, Bazar & Gonzalez, Inc.
35 Highland Avenue
East Providence, RI 02914-1211

**Thomas L. Mirza, Esquire**
Pelletier & Mirza, LLP
469 Angell Street
Providence, RI 02906-4407

Now come Defendants, Peggy Gloria, Individually and in her capacity as Social Worker; Stephanie Terry, Individually and in her capacity as Supervisor; State of Rhode Island – Department of Children, Youth and Families; and Jay D. Lindgren, Jr., in his capacity as the Director of the Rhode Island Department of Children, Youth and Families (hereinafter

"Defendants"), and pursuant to 28 U.S.C. § 1446, hereby give Notice of Removal of a civil action presently pending in Superior Court of Rhode Island, County of Providence, entitled Jarrod Raymond, et al. v. Peggy Gloria, et al., C.A. No.: PC 2001-1373 ("State Court Action"), to the United States District Court for the District of Rhode Island.

Removal is expressly authorized by 28 U.S.C. § 1441 and is based on the District Court's original jurisdiction of the claims arising under the laws of the United States.

In support of this Notice, Defendants respectfully state:

1. The case was originally commenced on or about March 23, 2001, in the Superior Court, Providence County. Defendants were certified with a copy of Plaintiffs' Second Amended Complaint in Jarrod Raymond, et al. v. Peggy Gloria, et al., C.A. No.: PC 2001-1373, on or about April 3, 2008, which amended counts to include alleged violations of 42 U.S.C § 1983.

2. This Notice for Removal is timely filed pursuant to 28 U.S.C. § 1446(b) because it has been filed within thirty (30) days after receipt by the Defendants, through certification of service of the Second Amended Complaint in Civil Action No.: PC 2001-1373, from which it may be ascertained that the case has become removable. This is the pleading setting forth the claim for relief, 42 U.S.C. § 1983, upon which said State Court Action is based.

3. Pursuant to 28 U.S.C. § 1441, this civil action may be removed by Defendants to this Court because Civil Action No.: PC 2001-1373 is an action over which this Court has original federal question jurisdiction under the provisions of 28 U.S.C. § 1331 as an action arising under the laws of the United States, see Second Amended Complaint – Counts IV, V, and VI (alleging violation of 42 U.S.C. § 1983), and the action arises out of a common nucleus of operative facts.

4. This action is removable to this Court pursuant to 28 U.S.C. § 1441(a) because the United States District Court for the District of Rhode Island is the judicial district encompassing the location where the State Court Action is pending, i.e., County of Providence, State of Rhode Island.

5. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal shall be filed with the Clerk of the Superior Court, Providence County and a copy of this Notice of Removal shall be served upon counsel for all parties.

6. Pursuant to 28 U.S.C. § 1446(a) and Local Rule 81, Defendants shall file certified or attested copies of the State Court Actions docket sheets and record with this Court within ten (10) days after filing this Notice of Removal.

WHEREFORE, Defendants respectfully request that this Honorable Court accept this Notice of Removal in accordance with 28 U.S.C. §§ 1441 and 1446, and that this civil action be removed, without waiver of procedural or substantive defenses, from the Superior Court of Rhode Island, Providence County, to this Court for all purposes.

Defendants,

By Their Attorneys,

PATRICK C. LYNCH
ATTORNEY GENERAL

Genevieve M. Allaire-Johnson (#5778)
Special Assistant Attorney General
Rhode Island Department of Attorney General
150 South Main Street
Providence, RI 02903-2907
Tel: (401) 274-4400 x 2298
Fax: (401) 222-2995
gallaire@riag.ri.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of April 2008, I mailed a true and accurate copy of the within *Notice of Removal*, postage pre-paid, to **Mary Ann Violette, Esquire**, Audette, Bazar & Gonzalez, Inc., 35 Highland Avenue, East Providence, RI 02914-1211 and **Thomas L. Mirza, Esquire,** at Pelletier & Mirza, LLP, 469 Angell Street, Providence, RI 02906-4407 to them at their usual place of business as hereinabove set forth.

Kelly Zelano