STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PC-2001-1373 JARROD RAYMOND V PEGGY GLORIA

Filing Date: 03-19-2001
Case Status: CLOSED PRIOR TO START OF TRIAL

Case Type: PER INJURY/PROPERTY DAMAGE-V
Status Date: 04-16-2008

| Party | Attorney |
|---|---|
| Plaintiff: DENNIS DRAKE<br>ID: @10185193 | Attorney: MARY VIOLETTE<br>Attorney: THOMAS MIRZA |
| Plaintiff: BRANDON RAYMOND<br>ID: @10185196 | Attorney: MARY VIOLETTE<br>Attorney: THOMAS MIRZA |
| Plaintiff: JARROD RAYMOND<br>ID: @10185197 | Attorney: MARY VIOLETTE<br>Attorney: THOMAS MIRZA |
| Plaintiff: MOLLY RAYMOND<br>ID: @10185198 | Attorney: MARY VIOLETTE<br>Attorney: THOMAS MIRZA |
| Defendant: PEGGY GLORIA<br>ID: @10185194 | Attorney: JAMES LEE<br>Attorney: GENEVIEVE ALLAIRE-JOHNSON<br>Attorney: SUZETTE PINTARD |
| Defendant: JAY LINDGREN<br>ID: @10185195 | Attorney: JAMES LEE<br>Attorney: GENEVIEVE ALLAIRE-JOHNSON<br>Attorney: SUZETTE PINTARD |
| Defendant: STEPHANIE TERRY<br>ID: @10185199 | Attorney: JAMES LEE<br>Attorney: GENEVIEVE ALLAIRE-JOHNSON<br>Attorney: SUZETTE PINTARD |
| Defendant: RI DEPT OF CHILDEN YOUTHFAMILIES<br>ID: @10264881 | Attorney: JAMES LEE<br>Attorney: GENEVIEVE ALLAIRE-JOHNSON<br>Attorney: SUZETTE PINTARD |

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|
| 01-27-2006 | CONTROL DATE | P CRT4 | PFEIFFER |
| 10-23-2006 | TRIAL | P CRT4 | PFEIFFER |
| 01-15-2007 | TRIAL | P CRT4 | PFEIFFER |
| 04-13-2007 | CONTROL DATE | P CRT4 | PFEIFFER |
| 09-07-2007 | CONTROL DATE | P CRT4 | PFEIFFER |
| 02-25-2008 | TRIAL | P CRT4 | PFEIFFER |

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|
| 12-02-2005 | CONTROL DATE<br>CONTINUED FOR CONTROL | P CRT4 | PFEIFFER |
| 03-17-2006 | CONTROL DATE<br>CONTINUED FOR TRIAL | P CRT4 | PFEIFFER |
| 05-26-2006 | CONTROL DATE<br>CONTROL CONFERENCE COMPLETE | P CRT4 | PFEIFFER |
| 03-26-2008 | MOTION TO AMEND COMPLAINT<br>GRANTED | P CRT16 | HURST |
| 04-02-2008 | MOTION TO VACATE | P CRT16 | HURST |

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

STAT OF RHODE ISLAND AND PROVIDENCE PL NTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PC-2001-1373 JARROD RAYMOND V PEGGY GLORIA

| | | |
|---|---|---|
| 04-02-2008 | MOTION TO VACATE<br>ORDER TO ENTER | HURST |

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 03-19-2001 | COMPLAINT FILED | |
| 03-27-2001 | SUMMONS,PROOF OF SERVICE FILED | (3) FILED. |
| 04-06-2001 | ANSWER FILED | BY DEFTS |
| 04-06-2001 | ENTRY OF APPEARANCE | OF DEFTS<br>ENTRY ATTORNEY: LINN FREEDMAN |
| 04-06-2001 | INTEROGATORIES FILED | BY DEFTS TO PLFS |
| 04-06-2001 | REQUEST FOR PRODUCTION FILED | BY DEFTS TO PLFS |
| 04-12-2002 | ENTRY OF APPEARANCE | FOR DEFS.<br>ENTRY ATTORNEY: LAURA MALLINOFF |
| 05-22-2002 | ANSWERS TO INTEROGG FILED | OF PLFS TO DFTS |
| 05-22-2002 | RESPONSE TO REQUEST FOR PROD | OF PLFS TO DFTS |
| 06-27-2002 | REQUEST FOR PRODUCTION FILED | THE DEFT'S REQUEST DIRECTED TO THE PLF |
| 08-23-2002 | ENTRY OF APPEARANCE | FOR DEFS<br>ENTRY ATTORNEY: PARISA BEERS |
| 08-23-2002 | WITHDRAWAL OF APPEARANCE | FOR DEFNS |
| 10-17-2002 | ANSWERS TO INTEROGG FILED | BY PLF |
| 11-12-2003 | MOTION TO ASSIGN | |
| 12-11-2003 | ORDER, MOT TO ASSIGN FOR TRIAL | |
| 12-11-2003 | GRANTED UNDER RULE OF COURT | |
| 06-11-2004 | MOTION TO COMPEL ANSW INTEROG | |
| 06-11-2004 | MOTION TO COMPEL PRODUCTION | |
| 06-14-2004 | FIRST NOTICE SENT | CONVERSION -EVENT HISTORY- |
| 06-23-2004 | MOTION TO COMPEL ANSW INTEROG | CONVERSION -EVENT HISTORY- |

True Copy Attest
[signature]
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

STAT. OF RHODE ISLAND AND PROVIDENCE PL..TATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PC-2001-1373 JARROD RAYMOND V PEGGY GLORIA

| | | |
|---|---|---|
| 06-23-2004 | MOTION TO COMPEL PRODUCTION | CONVERSION -EVENT HISTORY- |
| 06-28-2004 | ORDER, MOTION TO COMPEL ANS | |
| 06-28-2004 | BY AGREEMENT | |
| 06-28-2004 | ORDR, MOT TO COMPL REQ PROD | |
| 06-28-2004 | BY AGREEMENT | |
| 06-30-2004 | CALENDAR CALL | CONVERSION -EVENT HISTORY- |
| 08-11-2004 | MOTION TO DISMISS | CONVERSION -EVENT HISTORY- |
| 08-18-2004 | MORE RESPON ANS- INTEROG FILE | BY PLFS |
| 08-18-2004 | RESPONSE TO REQUEST FOR PROD | BY PLFS |
| 08-25-2004 | MOTION TO DISMISS | CONVERSION -EVENT HISTORY- |
| 09-01-2004 | MOTION TO DISMISS | CONVERSION -EVENT HISTORY- |
| 09-07-2004 | CONDIT' L ORDER OF DISMIS ENTR | PLNT SHALL HAVE UNTIL 10-01-04 TO COMPLY JUSTICE: STEPHEN FORTUNATO |
| 09-07-2004 | GRANTED | |
| 09-17-2004 | FRTHR RSPNS REQ FOR PROD FILE | PLFTS' TO DEFTS'. |
| 10-05-2004 | MOTION FOR SUMMARY JUDGMENT | OTE JUSTICE: ALLEN RUBINE |
| 10-05-2004 | DENIED | |
| 10-05-2004 | MOTION FOR SUMMARY JUDGMENT | CONVERSION -EVENT HISTORY- |
| 10-07-2004 | MOTION TO ASSIGN | |
| 10-19-2004 | MOTION TO AMEND COMPLAINT | |
| 10-19-2004 | MEMORANDUM FILED | PLNT'S OPPOSITION |
| 10-20-2004 | MOTION FOR SUBSTITIUTION | CONVERSION -EVENT HISTORY- |
| 10-25-2004 | MEMORANDUM FILED | IN OPPOSITION TO MOTION TO AMEND COMPLAINT |
| 10-27-2004 | MOTION TO AMEND | JUSTICE: ALLEN RUBINE |
| 10-27-2004 | GRANTED | |
| 10-27-2004 | MOTION FOR SUBSTITIUTION | JUSTICE: ALLEN RUBINE |
| 10-27-2004 | DENIED | |
| 10-28-2004 | ENTRY OF APPEARANCE | FOR THE DEFS, ENTRY ATTORNEY: GENEVIEVE ALLAIRE-JOHNSON |
| 10-28-2004 | SUPPLEMENTAL INTEROG FILED | DEFS |
| 10-28-2004 | MOTION TO AMEND COMPLAINT | CONVERSION -EVENT HISTORY- |
| 10-28-2004 | MOTION FOR SUBSTITIUTION | CONVERSION -EVENT HISTORY- |

True Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PC-2001-1373 JARROD RAYMOND V PEGGY GLORIA

| | | |
|---|---|---|
| 11-01-2004 | CERTIFICATION FILED | |
| 11-03-2004 | SUPOENA TO TAKE DEPO FILED | |
| 11-03-2004 | SUPOENA TO TAKE DEPO FILED | |
| 11-08-2004 | AMENDED ANSWER TO COMPLAINT | DEFS |
| 12-01-2004 | SUPPLEM ANS TO INTEROG FILE | BY PLTFF, MOLLY RAYMOND |
| 01-04-2005 | ENTRY OF APPEARANCE | CO-COUNSEL FOR PLFS ENTRY ATTORNEY: THOMAS MIRZA |
| 01-04-2005 | MOTION FOR CONTINUANCE | OF TRIAL. TO BE HEARD AT CALENDAR CALL |
| 01-06-2005 | MOTION FOR CONTINUANCE | OF TRIAL |
| 05-12-2005 | MOTION FOR CONTINUANCE | ************************NOT A MOTION DAY******************** |
| 05-31-2005 | SUPOENA TO TAKE DEPO FILED | |
| 05-31-2005 | SUPOENA TO TAKE DEPO FILED | |
| 06-06-2005 | MEMORANDUM FILED | IN SUPPORT OF OBJECTION |
| 06-06-2005 | OBJECTION FILED | MOTION FOR CONTINUENCE NO HEARING DATE |
| 07-12-2005 | ORDER, MOTION TO QUASH | Savage, J.-granted. review 12/1/05 |
| 12-02-2005 | CONTINUED FOR CONTROL | |
| 12-14-2005 | NOTICE TO TAKE DEPO FILED | |
| 01-10-2006 | MEMORANDUM FILED | |
| 02-06-2006 | SUBPOENA DUCES TECUM | |
| 03-15-2006 | NOTICE TO TAKE DEPO FILED | |
| 03-17-2006 | CONTINUED FOR TRIAL | |
| 05-26-2006 | CONTROL CONFERENCE COMPLETE | |
| 04-02-2007 | WITHDRAWAL OF APPEARANCE | Affiliated: BEERS, PARISA |
| 04-02-2007 | ENTRY OF APPEARANCE | Affiliated: PINCARD, SUZETTE |
| 02-22-2008 | ORDER ENTERED | PFEIFFER,J - MATTER CALLED DATE CERTAIN TRIAL 4-29-08. PLTFS & DEFTS SHALL DISCLOSE ALL EXPERT WITNESSES BY 3-20-08 |
| 03-07-2008 | MOTION TO AMEND COMPLAINT | OBJECTION FILED 3/18/08 Affiliated: DRAKE, DENNIS |
| 03-07-2008 | AMENDED COMPLAINT FILED | Affiliated: DRAKE, DENNIS |
| 03-18-2008 | MEMORANDUM FILED | IN SUPPORT OF OBJECTION TO PLTF'S SECONG MOTION TO AMEND COMPLAINT Affiliated: GLORIA, PEGGY SOCIAL WOR |
| 03-26-2008 | GRANTED | |
| 04-02-2008 | MOTION TO VACATE | THE 04-29-08 DATE CERTAIN - ( HEARING DATE PASSED) (04-02-08) |

True Copy Attest
Office of Clerk Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

STAT . JF RHODE ISLAND AND PROVIDENCE PL..NTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PC-2001-1373 JARROD RAYMOND V PEGGY GLORIA

| | | |
|---|---|---|
| | | Affiliated: DRAKE, DENNIS |
| 04-02-2008 | ORDER TO ENTER | |
| 04-14-2008 | FILE REC'D FROM RECORD CENTER | |
| 04-16-2008 | NOTICE OF REMOVAL | Affiliated: GLORIA, PEGGY SOCIAL WOR |
| 04-16-2008 | CASE REMVD TO US DISTRICT CT | US DISTRICT COURT # CA 08 137S<br>Affiliated: GLORIA, PEGGY SOCIAL WOR |
| 04-16-2008 | OTH DOC FILE PRIOR START TRIAL | |

True Copy Attest

[signature]

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island