**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| JARROD RAYMOND, P.P.A. MOLLY RAYMOND; BRANDON RAYMOND, P.PA. MOLLY RAYMOND; MOLLY RAYMOND, and DENNIS DRAKE; | ) | |
| Plaintiffs | ) | |
| vs. | ) | C.A. No. 08-137S |
| MARGARET GLORIA, Individually and in her Capacity as a Social Worker; STEPHANIE TERRY, Individually and in her Capacity as Supervisor; STATE OF RHODE ISLAND DEPT. of CHILDREN,YOUTH and FAMILIES; JAY D. LINDGREN, JR., in his Capacity as the Director of the RHODE ISLAND DEPT. of CHILDREN, YOUTH and FAMILIES; | ) | |
| Defendants | ) | |

**ENTRY OF APPEARANCE**

I hereby enter my appearance as Attorney on behalf of the Plaintiffs, in connection with the above-captioned matter.

Dated: April 25, 2008

Respectfully submitted,

/s/Samuel C. Bazar

Samuel C. Bazar, Esq. #7692
Audette, Bazar, Cordeiro, & Grasso, Inc.
35 Highland Avenue
East Providence, RI 02914
(401) 438-3800
(401) 438-3804
sbazar@abcglawfirm.com