**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| J. R., a minor, P.P.A. MOLLY RAYMOND; B.R. a minor, P.P.A. MOLLY RAYMOND, and MOLLY RAYMOND;<br><br>Plaintiffs<br><br>vs.<br><br>MARGARET GLORIA, Individually and in her Capacity as a Social Worker; STEPHANIE TERRY, Individually and in her Capacity as Supervisor; STATE OF RHODE ISLAND DEPT. of CHILDREN, YOUTH and FAMILIES; PATRICIA MARTINEZ, in her Capacity as the Director of the RHODE ISLAND DEPT. of CHILDREN, YOUTH and FAMILIES;<br><br>Defendants. | ) | C.A. No. 08-137S |

**PLAINTIFF'S MOTION TO AMEND THE COMPLAINT**

Now comes the Plaintiffs and hereby moves this Court for an order allowing the Plaintiffs to file a Third Amended Complaint pursuant to Fed. Rules of Civil Procedure 15(a).

As grounds thereof the Plaintiffs aver:

1) That the Second Amended Complaint includes the full names and birth dates of the minor children. This information needs to be removed from the complaint pursuant to the Federal Court's Privacy Policy.

2) That the Second Amended Complaint includes Dennis Drake as a Plaintiff. Mr. Drake was named in the original complaint based upon information and belief that he was the legal and/or natural father of the children. Mr. drake has never been adjudicated the legal or natural parent of the minor Plaintiffs. Mr. Drake has not participated in the litigation since his deposition was taken several years ago. His

current whereabouts is unknown.

3) That the Second Amended Complaint named Jay Lindgren, Jr. in his capacity as Director of the defendant DCYF. That position is currently held by Patricia Martinez.

4) That the Second Amended Complaint erroneously reincorporates into each count paragraphs 1 through 45 when in fact the Complaint should reincorporate paragraphs 1 through 44 into each account.

**WHEREFORE:** The Plaintiffs respectfully request that the attached Third Amended Complaint be substituted for the Second Amended Complaint.

Respectfully submitted this 30th day of April, 2008,

Jarrod Raymond and Brandon Raymond,
P.P.A. Molly Raymond and Molly Raymond,
Plaintiffs

/s/Thomas L. Mirza

Thomas L. Mirza, Esq. No. 5653
Pelletier & Mirza, LLP
469 Angell Street
Providence, RI 02906
(401) 861-1743
(401) 861-1746
tmirza@pmlawprov.com

**CERTIFICATION**

I hereby certify that I have electronically mailed a true copy of the Plaintiff's Motion To Amend the Complaint to Genevieve Allaire-Johnson, Esq., Spec. Asst. Attorney General, 150 South Main Street, Providence, RI 02903 at GAllaire@riag.ri.gov on this 30th day of April, 2008.

/s/Thomas L. Mirza