**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| JARROD RAYMOND, P.P.A. MOLLY RAYMOND, BRANDON RAYMOND, P.P.A. MOLLY RAYMOND, MOLLY RAYMOND, DENNIS DRAKE | : | |
| VS. | : | C.A. NO.: 08-137S |
| PEGGY GLORIA, Individually and in her capacity as Social Worker; STEPHANIE TERRY, Individually and in her capacity as Supervisor, STATE OF RHODE ISLAND/ DEPARTMENT OF CHILDREN, YOUTH AND FAMILIES; JAY D. LINDGREN, JR., in his capacity as the Director of the Rhode Island Department of Children, Youth and Families, et als. | : | |

**ENTRY OF APPEARANCE**

I, Suzette I. Pintard, Special Assistant Attorney General, hereby enter my appearance on behalf of the Defendants, Peggy Gloria, Individually and in her capacity as Social Worker; Stephanie Terry, Individually and in her capacity as Supervisor; State of Rhode Island/Department of Children, Youth and Families; and Jay D. Lindgren, Jr., in his capacity as the Director of the Rhode Island Department of Children, Youth and Families, in the above-referenced matter.

DEFENDANT
By Its Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

/s/ Suzette I. Pintard
SUZETTE I. PINTARD, No. 7185
Special Assistant Attorney General
150 South Main Street
Providence, Rhode Island 02903
(401) 274-4400
Fax No. (401) 222-2995

## CERTIFICATION

I hereby certify that I have electronically mailed the foregoing document on this 6 day of May 2008 to the attorney(s) of record listed below:

**Mary Ann Violette, Esquire**
mviolette@abcglawfirm.com

**Thomas L. Mirza, Esquire**
tmirza@pmlawprov.com

**David N. Bazar, Esquire**
dbazar@abcglawfirm.com

/s/ Suzette I. Pintard