**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| J. R., a minor, P.P.A. MOLLY RAYMOND; B.R. a minor, P.P.A. MOLLY RAYMOND, and MOLLY RAYMOND;<br><br>Plaintiffs<br><br>vs.<br><br>MARGARET GLORIA, Individually and in her Capacity as a Social Worker; STEPHANIE TERRY, Individually and in her Capacity as Supervisor; STATE OF RHODE ISLAND DEPT. of CHILDREN, YOUTH and FAMILIES; PATRICIA MARTINEZ, in her Capacity as the Director of the RHODE ISLAND DEPT. of CHILDREN, YOUTH and FAMILIES;<br><br>Defendants. | ) | C.A. No. 08-137S |

**PLAINTIFF'S MOTION TO DISMISS COUNT VII, PLAINTIFF MOLLY RAYMOND'S LOSS OF CONSORTIUM CLAIM**

Now come the Plaintiffs and hereby move this Honorable Court for an order allowing the Plaintiff Molly Raymond to dismiss, with prejudice, her Loss of Consortium claim, as alleged in Count VII of the Plaintiff's Third Amended Complaint.

As grounds thereof this Plaintiff avers:

1) That she believes it is in the best interest of her children, plaintiffs Jarrod and Brandon Raymond, that this claim be dismissed.
2) That she has made this decision freely and voluntarily, after consulting with counsel, and understands the nature and implications of this request.

**WHEREFORE:** The Plaintiffs respectfully request that Count VII of their Third Amended Complaint be dismissed with prejudice.

Respectfully submitted this 6th day of June, 2008,

Jarrod Raymond and Brandon Raymond,
P.P.A. Molly Raymond and Molly Raymond,
Plaintiffs

/s/Thomas L. Mirza
Thomas L. Mirza, Esq. No. 5653
Pelletier & Mirza, LLP
469 Angell Street
Providence, RI 02906
(401) 861-1743
(401) 861-1746
tmirza@pmlawprov.com

**CERTIFICATION**

I hereby certify that I have electronically mailed a true copy of the Plaintiff's Motion To Dismiss Count IIV to Genevieve Allaire-Johnson, Esq., Spec. Asst. Attorney General, 150 South Main Street, Providence, RI 02903 at GAllaire@riag.ri.gov on this 6th day of June, 2008.

/s/Thomas L. Mirza