**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| J. R., a minor, P.P.A. MOLLY RAYMOND; B.R. a minor, P.P.A. MOLLY RAYMOND, and MOLLY RAYMOND;<br><br>Plaintiffs<br><br>vs.<br><br>MARGARET GLORIA, Individually and in her Capacity as a Social Worker; STEPHANIE TERRY, Individually and in her Capacity as Supervisor; STATE OF RHODE ISLAND DEPT. of CHILDREN, YOUTH and FAMILIES; PATRICIA MARTINEZ, in her Capacity as the Director of the RHODE ISLAND DEPT. of CHILDREN, YOUTH and FAMILIES;<br><br>Defendants. | ) | C.A. No. 08-137S |

**PLAINTIFF'S OBJECTION TO THE OFFICE OF THE CHILD ADVOCATE'S MOTION TO QUASH AND/OR THEIR MOTION TO OBJECT**

Now come the plaintiffs and hereby objects to the Office of the Child Advocate's Motion to Quash and Motion to Object. A memorandum of law in support of this objection is submitted herewith.

Respectfully submitted this 25th day of July, 2008,

J.R., P.P.A. Molly Raymond and B.R., P.P.A. Molly Raymond and Molly Raymond, Plaintiffs

/s/Thomas L. Mirza

Thomas L. Mirza, Esq. No. 5653
Pelletier & Mirza, LLP
469 Angell Street
Providence, RI 02906
(401) 861-1743
(401) 861-1746
tmirza@pmlawprov.com

**CERTIFICATION**

I hereby certify that I have electronically mailed a true copy of the Plaintiff's Memorandum of Law to the Rhode Island Child Advocate, John O. Pastore Complex, Louis Pasteur Bldg., 4th Floor, 57 Howard Ave., Cranston, RI 02920 at jalston@gw.doa.state.ri.us and Genevieve Allaire-Johnson, Esq., Spec. Asst. Attorney General, 150 South Main Street, Providence, RI 02903 at GAllaire@riag.ri.gov on this 25th day of July, 2008.

/s/Thomas L. Mirza