**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| JARROD RAYMOND, P.P.A. MOLLY RAYMOND, BRANDON RAYMOND, P.P.A. MOLLY RAYMOND, MOLLY RAYMOND, DENNIS DRAKE | : | |
| VS. | : | C.A. NO.: 08-137S |
| PEGGY GLORIA, Individually and in her capacity as Social Worker; STEPHANIE TERRY, Individually and in her capacity as Supervisor, STATE OF RHODE ISLAND/ DEPARTMENT OF CHILDREN, YOUTH AND FAMILIES; JAY D. LINDGREN, JR., in his capacity as the Director of the Rhode Island Department of Children, Youth and Families, et als. | : | |

**MOTION IN LIMINE TO EXCLUDE EVIDENCE OF SAMUEL STEVENS OUT OF STATE CRIMINAL RECORD**

Now come the Defendants an request that the Court enter an Order prohibiting the mention, or the introduction of any evidence regarding the following:

1) R.I. Gen. Laws § 14-1-34 Placement of Dependent and Neglected Children-Criminal Records of Foster Parents made available, as amended in 2000.

2) The Interstate "NCIC" record of Samuel Stevens.

A memorandum in support hereof is attached.

Respectfully submitted,
DEFENDANTS
By their Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

*/s/ Genevieve M. Allaire Johnson*

GENEVIEVE M. ALLAIRE JOHNSON, No. 5778
Special Assistant Attorney General
150 South Main Street
Providence, Rhode Island 02903
(401) 274-4400, Ext. 2298
Fax No.: (401) 222-2995

# CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the within via the ECF System and that I caused a copy to be sent electronically on this 18th day of August, 2008 to the attorney(s) of record listed below:

**Mary Ann Violette, Esquire**
mviolette@abcglawfirm.com

**Thomas L. Mirza, Esquire**
tmirza@pmlawprov.com

**David N. Bazar, Esquire**
dbazar@abcglawfirm.com

/s/ Genevieve M. Allaire Johnson

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| JARROD RAYMOND, P.P.A. MOLLY RAYMOND, BRANDON RAYMOND, P.P.A. MOLLY RAYMOND, MOLLY RAYMOND, DENNIS DRAKE | : | |
| VS. | : | C.A. NO.: 08-137S |
| PEGGY GLORIA, Individually and in her capacity as Social Worker; STEPHANIE TERRY, Individually and in her capacity as Supervisor, STATE OF RHODE ISLAND/ DEPARTMENT OF CHILDREN, YOUTH AND FAMILIES; JAY D. LINDGREN, JR., in his capacity as the Director of the Rhode Island Department of Children, Youth and Families, et als. | : | |

**MEMORANDUM IN SUPPORT OF MOTION IN LIMINE TO EXCLUDE EVIDENCE OF SAMUEL STEVENS OUT OF STATE CRIMINAL RECORD**

The Defendants request that the Court enter an Order prohibiting the mention, or the introduction of any evidence of R.I. Gen. Laws § 14-1-34 Placement of Dependent and Neglected Children-Criminal Records of Foster Parents made available, as amended in 2000, and the Interstate "NCIC" record of Samuel Stevens.

The Plaintiffs, JR and BR were in the relevant foster placement between November 1996 and May 1998. The plaintiff proposes to introduce evidence regarding the out-of-state criminal record, of Samuel Stevens, which is available by obtaining an "NCIC" Interstate Identification Index. The Defendants move to exclude the out-of-state criminal record of Samuel Stevens because the Defendants were not legally required to obtain an NCIC on foster care parents or those persons living in the home until 2000 when R.I. Gen. Laws § 14-1-34 was amended and

because the State did not have the ability to obtain an NCIC until it was mandated to do so in 2000 when R.I. Gen. Laws § 14-1-34 was amended.

Respectfully submitted,

DEFENDANTS
By their Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

*/s/ Genevieve M. Allaire Johnson*

GENEVIEVE M. ALLAIRE JOHNSON, No. 5778
Special Assistant Attorney General
150 South Main Street
Providence, Rhode Island 02903
(401) 274-4400, Ext. 2298
Fax No.: (401) 222-2995

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the within via the ECF System and that I caused a copy to be sent electronically on this 18th day of August, 2008 to the attorney(s) of record listed below:

**Mary Ann Violette, Esquire**
mviolette@abcglawfirm.com

**Thomas L. Mirza, Esquire**
tmirza@pmlawprov.com

David N. Bazar, Esquire
dbazar@abcglawfirm.com

/s/ Genevieve M. Allaire Johnson