**REBECCA RAMSEY, M.D.**
*ADULT AND CHILD PSYCHIATRY*
SUITE 25 - 76 BEDFORD STREET
LEXINGTON, MA 02420
TELEPHONE: (781) 861-1663

DEFENDANT'S EXHIBIT

C

Curriculum Vitae

## Education:

- Wesleyan University, Middletown CT. B.A. Music, 1975
- Tufts University School off Medicine, Boston, MA. M.D. 1979

## Post Graduate Training:

- Cambridge Hospital, Cambridge, MA. General Medical Internship 1979 – 1980
- Cambridge Hospital, Cambridge, MA. Adult Psychiatry Residency Program, 1980 – 1982
- Cambridge Hospital, Cambridge, MA. Child Psychiatry Fellowship 1982 – 1985

Cambridge Hospital Postgraduate training programs are all affiliates of Harvard Medical School.

## Professional Activity:

- Full time Private Practice, Adult and Child Psychiatry, Lexington, MA 1985 – present

This practice includes ongoing management of both adult and child cases including both psychotherapy and psychopharmacology, as well as consultation and psychopharmacology management of cases for non-MD clinicians.

## Professional Affiliations:

- Fellow, Massachusetts Psychiatric Society, 1987 – present
- General Member, American Psychiatric Society, 1985 – present
- General Member, American Medical Association, 1985 – present
- General Member, Massachusetts Medical Association, 1980 - present

## Licenses:

- Massachusetts Medical License #: 49958
- National Provider #:: 1306961230
- Controlled Substances Registration #: AR 9590654