**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| J. R. a minor, P.P.A. MOLLY RAYMOND; B.R. a minor, P.PA. MOLLY RAYMOND<br><br>Plaintiffs<br><br>vs.<br><br>MARGARET GLORIA, Individually and in her Capacity as a Social Worker; STEPHANIE TERRY, Individually and in her Capacity as Supervisor; STATE OF RHODE ISLAND DEPT. of CHILDREN, YOUTH and FAMILIES; PATRICIA MARTINEZ, in her Capacity as the Director of the RHODE ISLAND DEPT. of CHILDREN, YOUTH and FAMILIES;<br><br>Defendants. | ) | C.A. No. 08-137S |

**PLAINTIFFS' MOTION LIMINE TO LIMIT THE TESTIMONY OF CHRISTINE BARRON, M.D.**

Now come the plaintiffs and hereby move in limine to limit the expert testimony of Christine Barron, M.D. pursuant to Federal Rules of Evidence 702, 703 and 704.

The plaintiffs submit a memorandum of law in support of their motion.

August 19, 2008

Respectfully submitted,
J. R., P.P.A. Molly Raymond and B.R., P.P.A. Molly Raymond, Plaintiffs

/s/Thomas L. Mirza
Thomas L. Mirza, Esq. No. 5653
Pelletier & Mirza, LLP
469 Angell Street
Providence, RI 02906
(401) 861-1743
(401) 861-1746
tmirza@pmlawprov.com

**CERTIFICATION**

I hereby certify that I have electronically mailed a true copy of the Plaintiff's Motion to Limit The Testimony of Dr. Barron to Genevieve Allaire-Johnson, Esq., Spec. Asst. Attorney General, 150 South Main Street, Providence, RI 02903 at GAllaire@riag.ri.gov on this 19th day of August, 2008.

/s/Thomas L. Mirza______________