**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| J. R. a minor, P.P.A. MOLLY RAYMOND; B.R. a minor, P.PA. MOLLY RAYMOND<br><br>Plaintiffs<br><br>vs.<br><br>MARGARET GLORIA, Individually and in her Capacity as a Social Worker; STEPHANIE TERRY, Individually and in her Capacity as Supervisor; STATE OF RHODE ISLAND DEPT. of CHILDREN, YOUTH and FAMILIES; PATRICIA MARTINEZ, in her Capacity as the Director of the RHODE ISLAND DEPT. of CHILDREN, YOUTH and FAMILIES;<br><br>Defendants. | ) | C.A. No. 08-137S |

**PLAINTIFFS' MOTION IN LIMINE TO EXCLUDE THE TESTIMONY OF CERTAIN WITNESSES PURSUANT TO FEDERAL RULES OF EVIDENCE 401 AND 404(a) AND 608**

Now come the plaintiffs and hereby move in limine to exclude the testimony of six of the defendants' disclosed witnesses pursuant to Federal Rules of Evidence 401 and 404(a) and 608. Each of these witnesses were involved with the plaintiffs or the plaintiffs' family in the years *preceding* their placement in the Sykes foster home and prior to Samuel Stevens' involvement with the children.

The plaintiffs submit a memorandum of law in support of their motion.

August 19, 2008

Respectfully submitted,
J. R., P.P.A. Molly Raymond and B.R.,
P.P.A. Molly Raymond, Plaintiffs

/s/Thomas L. Mirza

Thomas L. Mirza, Esq. No. 5653
Pelletier & Mirza, LLP
469 Angell Street
Providence, RI 02906
(401) 861-1743
(401) 861-1746
tmirza@pmlawprov.com

**CERTIFICATION**

I hereby certify that I have electronically mailed a true copy of the Plaintiff's Motion to Exclude the Testimony of Certain Witnesses to Genevieve Allaire-Johnson, Esq., Spec. Asst. Attorney General, 150 South Main Street, Providence, RI 02903 at GAllaire@riag.ri.gov on this 19th day of August, 2008.

/s/Thomas L. Mirza