**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| J. R. a minor, P.P.A. MOLLY RAYMOND; B.R. a minor, P.PA. MOLLY RAYMOND<br><br>Plaintiffs<br><br>vs.<br><br>MARGARET GLORIA, Individually and in her Capacity as a Social Worker; STEPHANIE TERRY, Individually and in her Capacity as Supervisor; STATE OF RHODE ISLAND DEPT. of CHILDREN, YOUTH and FAMILIES; PATRICIA MARTINEZ, in her Capacity as the Director of the RHODE ISLAND DEPT. of CHILDREN, YOUTH and FAMILIES;<br><br>Defendants. | ) | C.A. No. 08-137S |

**PLAINTIFFS' MOTION IN LIMINE TO DESIGNATE CERTAIN WITNESSES AS ADVERSE PURSUANT TO FEDERAL RULE OF EVIDENCE 611(c)**

Now come the plaintiffs and hereby move in limine for permission to designate certain witnesses as adverse pursuant to Federal Rule of Evidence 611(c).

Plaintiffs submit a Memorandum of Law in support thereof.

August 20, 2008

Respectfully submitted,
J. R., P.P.A. Molly Raymond and B.R.,
P.P.A. Molly Raymond, Plaintiffs

/s/Thomas L. Mirza

Thomas L. Mirza, Esq. No. 5653
Pelletier & Mirza, LLP
469 Angell Street
Providence, RI 02906
(401) 861-1743
(401) 861-1746
tmirza@pmlawprov.com

**CERTIFICATION**

I hereby certify that I have electronically mailed a true copy of the Plaintiff's Motion In Limine to Designate Certain witnesses as Hostile to Genevieve Allaire-Johnson, Esq., Spec. Asst. Attorney General, 150 South Main Street, Providence, RI 02903 at GAllaire@riag.ri.gov on this 20th day of August, 2008.

/s/Thomas L. Mirza