**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| J. R. a minor, P.P.A. MOLLY RAYMOND; B.R. a minor, P.PA. MOLLY RAYMOND | ) | |
| Plaintiffs | ) | |
| vs. | ) | C.A. No. 08-137S |
| MARGARET GLORIA, Individually and in her Capacity as a Social Worker; STEPHANIE TERRY, Individually and in her Capacity as Supervisor; STATE OF RHODE ISLAND DEPT. of CHILDREN, YOUTH and FAMILIES; PATRICIA MARTINEZ, in her Capacity as the Director of the RHODE ISLAND DEPT. of CHILDREN, YOUTH and FAMILIES; | ) | |
| Defendants. | ) | |

**PLAINTIFFS' MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION IN LIMINE TO DESIGNATE CERTAIN WITNESSES AS HOSTILE PURSUANT TO FEDERAL RULE OF EVIDENCE 611(c)**

The plaintiffs wish to designate certain witnesses as hostile, or in the alternative, identified with the DCYF, pursuant to Federal Rule of Evidence 611(c).

Thirteen of the plaintiffs witnesses are current or past DCYF employees, three of these individuals are named parties. Federal Rules of Evidence 611(c) reads in pertinent part, "[w]hen a party calls a hostile witness, an adverse party, or a witness identified with an adverse party, interrogation may be by leading question."

The witnesses the plaintiffs wish to question pursuant to Fed. Rule of Evid. 611(c) are:

1) Margaret Starnes, DCYF Case Aide;

2) Phillip Steiner, DCYF Foster Home Licensing Supervisor;

3) Linda Iacofano, DCYF Foster Hone Licensing Department;

4) Lee Sperduti, DCYF Foster Hone Licensing Department;

5) Edward Degnan, DCYF CPI Investigator;

6) Arthur McAteer, DCYF CPI Investigator;

7) Virginia Miller, DCYF CPI Investigator, retired;

8) Thomas Dwyer, Director, DCYF, retired;

9) Thomas Bohan, Esq., Legal Counsel, DCYF;

10) Patricia Martinez, Director, DCYF;

11) Margaret Gloria, defendant and retired DCYF social worker;

12) Stephanie Terry-Fogli, defendant, DCYF CANTS supervisor;

13) Faith Sykes, foster mother and current DCYF employee.

The reasoning for questioning employees of an adverse party through leading questions has been explained by the First Circuit in Rodriguez v. Banco Central Corp.; "[T]his is not because that party is a hostile witness in the technical sense but because, however cooperative, the witness has a built-in incentive to slide away from the question or slant the answer." Rodriguez v. Banco Central Corp. 990 F.2d 7, 13 (1st Cir. 1993).

Rule 611(c)'s utilization of leading questions is permissive in nature and within the sound discretion of the trial judge. Scenic Holding v New Board Mission Baptist Church, 506 F.3d 656, 664 (8th Cir. 2007) The plaintiffs aver however, that these employees, all directly involved in the care, placement and subsequent investigations relating to the plaintiffs, are witnesses subject to cross examination at the outset. The Eleventh Circuit concluded that employees involved in the events that substantiate the opposing party's claims are subject to leading questions without the pre-requisite of establishing hostility. Haney v. Mizell Memorial Hospital, 744 F.2d 1467, 1477-1478 (11th Cir. 1984). Citing Ellis v. City of Chicago, 667 F.2d 606, 612, 613 (7th Cir.1981). "Rule 611(c), however, significantly enlarged

the class of witnesses presumed hostile, "and therefore subject to interrogation by leading questions without further showing of actual hostility." (citing Fed. R. Evid. 611 advisory committee note).

**Wherefore**: The plaintiffs respectfully request to question the aforementioned witnesses through leading questions pursuant to Federal Rule of Evidence 611(c).

August 20, 2008

Respectfully submitted,
J. R., P.P.A. Molly Raymond and B.R.,
P.P.A. Molly Raymond, Plaintiffs

/s/Thomas L. Mirza

Thomas L. Mirza, Esq. No. 5653
Pelletier & Mirza, LLP
469 Angell Street
Providence, RI 02906
(401) 861-1743
(401) 861-1746
tmirza@pmlawprov.com

## CERTIFICATION

I hereby certify that I have electronically mailed a true copy of the Plaintiff's Memorandum in Support of Their Motion In Limine to Designate Certain Witnesses as Hostile to Genevieve Allaire-Johnson, Esq., Spec. Asst. Attorney General, 150 South Main Street, Providence, RI 02903 at GAllaire@riag.ri.gov on this 20th day of August, 2008.

/s/Thomas L. Mirza