**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| J. R., a minor, P.P.A. MOLLY RAYMOND; B.R. a minor, P.P.A. MOLLY RAYMOND, and MOLLY RAYMOND;<br><br>Plaintiffs<br><br>vs.<br><br>MARGARET GLORIA, Individually and in her Capacity as a Social Worker; STEPHANIE TERRY, Individually and in her Capacity as Supervisor; STATE OF RHODE ISLAND DEPT. of CHILDREN, YOUTH and FAMILIES; PATRICIA MARTINEZ, in her Capacity as the Director of the RHODE ISLAND DEPT. of CHILDREN, YOUTH and FAMILIES;<br><br>Defendants. | ) | C.A. No. 08-137S |

**PLAINTIFF'S OBJECTION TO THE DEFENDANT'S MOTION TO EXCLUDE THE TESTIMONY OF DR. REBECCA RAMSEY**

Now come the plaintiffs and hereby object to the defendants' Motion to Exclude The Testimony of Dr. Rebecca Ramsey. A memorandum of law in support of this objection is submitted herewith.

Respectfully submitted this 29th day of August, 2008,

J.R., P.P.A. Molly Raymond and B.R., P.P.A. Molly Raymond and Molly Raymond, Plaintiffs

/s/Thomas L. Mirza
Thomas L. Mirza, Esq. No. 5653
Pelletier & Mirza, LLP
469 Angell Street
Providence, RI 02906
(401) 861-1743
(401) 861-1746
tmirza@pmlawprov.com

**CERTIFICATION**

I hereby certify that I have electronically mailed a true copy of the Plaintiff's Objection to the Defendants' Motion to exclude The Testimony of Dr. Rebecca Ramsey to Genevieve Allaire-Johnson, Esq., Spec. Asst. Attorney General, 150 South Main Street, Providence, RI 02903 at GAllaire@riag.ri.gov on this 29th day of August, 2008.

/s/Thomas L. Mirza