Revised 5/30/08

# CURRICULUM VITAE

**CHRISTINE E. BARRON, M.D., FAAP**
Child Protection Program
Hasbro Children's Hospital
CORO West 1 Hoppin Street,
Providence, RI 02903
Ph: (401) 444-3996
Fax: (401) 444-7397
Cbarron1@lifespan.org

## EDUCATION

June 1990 SUNY University at Binghamton, Binghamton, N.Y., Biochemistry, Bachelor of Science
June 1995 SUNY Health Science Center at Brooklyn, Brooklyn, N.Y., Medical Doctorate

## UNDERGRADUATE HONORS AND AWARDS

1986-1990 Sharon Hospital Scholarship
1988 Thomas Jefferson Award for Chemistry

## POSTGRADUATE TRAINING

1995-1998 Residency, Hasbro Children's Hospital, Brown University, Providence, R.I, Pediatrics,

1998-2000 Fellowship, Hasbro Children's Hospital, Providence, RI, Child Abuse and Neglect,

## POSTGRADUATE HONORS AND AWARDS

1997 Haffenreffer Award
1998 Brown University Teaching Award
Hasbro Children's Hospital Pediatric
Resident Teaching Award
1998 Hasbro Children's Hospital Emergency Medicine Award
2003 CASA Ann Mc Carron Award for Personal Excellence
2003 Clinical Educator Award for Commitment and Excellence in teaching
Worcester County Bar Association Liberty Bell Award
2005-2006 Best Doctors in America
2006 Brown Medical School 'The Dean Teaching Excellence Award"
2007 American Academy of Pediatrics Special Achievement Award

## PROFESSIONAL LICENSES AND BOARD CERTIFICATION

National Board of Medical Examiners, Parts I, II, and III
American Board of Pediatrics 1998, 2005
Medical Licensure, Rhode Island # 09892
Medical Licensure, Massachusetts # 204430

## ACADEMIC APPOINTMENTS

1998- 2000 Research Fellow at Brown Medical School, Providence, RI
2000- 2004 Assistant Professor of Pediatrics, Department of Pediatrics at University of Massachusetts Medical School, Worcester, Massachusetts
2004- Assistant Professor of Pediatrics, Department of Pediatrics, Warren Alpert Medical School at Brown University, Providence, RI

## HOSPITAL APPOINTMENTS

| | |
|---|---|
| 2000- 2004 | Director, Division of The Child Protection Program, UMass/Memorial Children's Medical Center, Worcester, MA |
| 2004- | Clinical Director, Child Protection Program, Hasbro Children's Hospital, Providence, RI |
| 2004- 2007 | Assistant Program Director, Fellowship Program in Forensic Pediatrics, Department of Pediatrics, Brown University School of Medicine, Providence, Rhode Island |
| 2007- | Program Director, Fellowship Program in Forensic Pediatrics, Department of Pediatrics, Warren Alpert Medical School at Brown University |

**OTHER APPOINTMENTS:**

Chair, Committee on Child Abuse and Neglect, Rhode Island Chapter of the AAP, 2004-2008
Executive Board, Rhode Island Chapter of the AAP, 2004-2008
Chair, Rhode Island Department of Children, Youth and Families' Citizen's Review Panel, 2004-
Chair, RI Children and Family Trust Fund Advisory Committee, 2007-
Woonsocket Task Force 2005- 2006
Children's Advocacy Center Advisory Council, 2007-
Council of Pediatric Subspecialties (CoPS), Child Abuse Pediatrics representative 2007-
Co-Chair, Helfer Society Program Directors Committee 2007-

**HOSPITAL COMMITTEES:**

| | |
|---|---|
| 2004- | Pediatric Trauma Patient Care Committee |
| 2006 | Rhode Island Hospital Hospitalist Committee |
| 2007- | Pediatric Department Fellowship Education Committee |

**MEMBERSHIP IN SOCIETIES**

Member of American Academy of Pediatrics (AAP), 1998-
Member of the AAP, Section on Child Abuse and Neglect (SOCAN), 2000-
Member of the Rhode Island Child Fatality Review Team, 2004-
Member of American Professional Society on the Abuse of Children, 1998-
Member of The Ray C. Helfer Society 2003-

**PREVIOUS INSTITUTIONAL AND COMMUNITY ACTIVITIES**

| | |
|---|---|
| 1998-2000 | Founding Member of the Rhode Island Child Death and Injury |
| 2000-2003 | UMass Memorial Community Benefits Committee |
| 2001-2004 | Co-Chair, Central Mass. SBS Prevention Campaign |
| 2001-2004 | Member of the Middle District Child Fatality Review Team |
| 2001-2004 | Massachusetts Chapter AAP- Child Abuse and Neglect Committee |
| 2002-2004 | DSS Citizen's Review Panel |
| 2002-2003 | Chair, Comprehensive Child Abuse Prevention/ Protection Collaborative |
| 2002-2004 | Founding Board Member, Mass. Chapter of National Children's Alliance |
| 2000-2004 | Steering Committee, Voices for Children Community Bike Ride |
| 2002-2004 | Massachusetts Pediatric Sexual Assault Nurse Examiners (SANE) Advisory Committee |

**PUBLICATIONS**

Jenny C, **Barron CE**: Rhode Island Child Death Report for the Two-Year Period 1998-1999. Rhode Island Kids Count, Providence, RI 2001.

**Barron C.E.** Book Review. Journal of Developmental & Behavioral Pediatrics. 22(4): 258, 2001,Reviewed: Reece, RM Treatment of child Abuse: Common Ground for Mental Health, Medical, and Legal Practitioners. The John Hopkins Press, Baltimore, 2000.
Jenny C, Roesler T, **Barron CE.** Munchausen's Syndrome by Proxy. Audiotape in Pediatrics Update Series. American Academy of Pediatrics. Elk Grove Village, IL. Vol 23, November 2002.

**Barron, C.E.** Prevention of Abusive Head Trauma in Infants. *Medicine & Health Rhode Island* 2003; 86 (12): 383-384.

**Barron CE,** Jenny C. Forensic Pediatrics. *Medicine & Health Rhode Island*;88 (9):318-320, 2005.

**Barron, CE.** *Accidents: A Major Child Health Problem.* The Journal of Pediatrics. 146(4): 551, April 2005.

**Barron, C.** Measurement of three major subtypes of child neglect. (review) *The Quarterly Child Abuse Medical Update 2005; 3:13.*

**Barron, C**. Skeletal injuries associated with sexual abuse. (review) *The Quarterly Child Abuse Medical Update 2005;* 3:13.

Jenny C, **Barron CE,** Goldberg A. Abusive Head Trauma Audiotape in Pediatrics Update Series. American Academy of Pediatrics. Elk Grove Village, IL. Vol 26, 2005

**BOOKS AND BOOK CHAPTERS**

**Barron** C, Goldberg A: Child Maltreatment. In Aghababian RV, ed: Essentials of Emergency Medicine. Jones and Bartlett, Massachusetts. P 608-6-13, 2006.

**Barron CE,** Jenny C: Physical Abuse. In Parker S: Behavioral and Developmental Pediatrics: A Handbook for Primary Care, 2nd Edition, Lippincott Williams and Wilkins, Philadelphia P261-264, 2005.

**Barron CE,** Jenny C: Sexual Abuse. In Parker S: Behavioral and Developmental Pediatrics: A Handbook for Primary Care, 2nd Edition, Lippincott Williams and Wilkins, Philadelphia. P308-313, 2005.

Lentz B, Imm P, Yost JB, Johnson NP, **Barron C**, Lindberg MS, Treistman J: Empowerment Evaluation and Organizational Learning: A Case Study of a Community Coalition Designed to Prevent Child Abuse and Neglect. In Fetterman DM: Empowerment Evaluation Principles in Practice Guilford Press, New York. P 155-182, 2005.

**Barron CE,** Felice ME: Adolescent Rape. Nelson Pediatric Textbook 18th Edition, Elsevier, Philadelphia. P 853-855, 2007.

Martin SM, **Barron CE:** Child Maltreatment. In Alario & Birnkrant: Practical Guide to the Care of the Pediatric Patient, 2nd Edition, Elsevier, Philadelphia. P 772-780, 2008.

Felice M, **Barron CE:** Rape. In McInerny TK, Adam HM, Campbell D, Kamat DK, Kelleher KJ, eds. Pediatric Primary Care 5th Edition. Elk Grove Village, IL: American Academy of Pediatrics: In press.

**RESEARCH PAPERS PRESENTED:**

2000 **Barron C**, Jenny C: A New Tool for the Classification of Child Neglect. Behavioral and Developmental Pediatrics Fellowship Meeting, Providence, Rhode Island.

2005 **Barron C,** Goldberg A: Coronal, Whole body-STIR for the Evaluation of Nonaccidental Trauma in Children. The Ray C. Helfer Society Annual Conference, New Paltz, New York.

**CONSULTATION:**

2003 Consultant on program development and evaluation, Boston Medical Center, Child Protection Service, Boston, Massachusetts

**TEACHING ROLES**

| | |
|---|---|
| Brown Med. School: | Child Maltreatment 465 Elective, Course Leader 2004- |
| | Bio 540 Community Health Clerkship, 2004- |
| | BioMed 351 HRGD Pathophysiology Small Group Section 2005- |
| | BioMed 450 Pediatric Clerkship 2004- |
| RI Hospital: | Child Protection Program Elective 2004- |
| | Hasbro Children's Hospital Ward Teaching Attending 2004- |
| | Hasbro Children's Hospital Pediatric Resident Noon Conference(s) 2004- |

**PREVIOUS TEACHING ROLES**

University Of Massachusetts:

Interclerkship on Domestic Violence 2001-2004
Teen Pregnancy Elective- 2002-2003
Child Protection Program Elective, Course Leader 2000-2004
Advocacy Elective 2002-2004- Co-Creator and Chair

**INVITED PRESENTATIONS**

**CME:**

| | |
|---|---|
| 1999 | 3rd Annual New England Conference on Child Sexual Abuse, Burlington, VT, " Medical Findings of Child Sexual Abuse" |
| 1999 | Emergency Medicine, New England Conference, Newport, R.I., "Child Abuse or Not: Case Studies" |
| 1999 | 11th Annual Selected Topics in Child Abuse at Colby College, Waterville, ME, " Recognition of Child Physical Abuse" |
| 2000 | The Third National Conference on Shaken Baby Syndrome, Salt Lake City, UT, " Testing a Hypothesis; Retinal Hemorrhages and Subdural Hemorrhages from a simple fall" |
| 2000 | Grand Rounds-UMass Memorial Medical Center Pediatric Department, Worcester, MA |
| 2000 | Grand Rounds-UMass Memorial Medical Center Family Medicine Dept, Worcester, MA |
| 2000 | Practical Pediatrics, Shrewsbury, MA " Sexual Abuse Evaluations: Initial Office Management of Suspected Sexual Abuse" |
| 2001 | Grand Rounds-UMass Memorial Medical Center Pediatric Department, Worcester, MA |
| 2001 | Grand Rounds- Metro West Medical Center, Framingham, MA |
| 2001 | Grand Rounds- Berkshire Medical Center, Pittsfield, MA |
| 2001 | Grand Rounds- Leominster Hospital, Leominster, MA |
| 2001 | Grand Rounds- Milford-Whitinsville Regional Hospital, Milford, MA |
| 2001 | Primary Care Days, Worcester, MA " Management of Sexual Abuse Cases" |
| 2001 | PreHospital Trauma Grand Rounds, Worcester, MA "Child Abuse and Neglect for First Responders" |
| 2002 | The Fourth National Conference on Shaken Baby Syndrome, Salt Lake City, UT |
| 2002 | When Children Get Hurt- Trauma Conference, Shrewsbury, MA "When Injuries are Hidden: Child Abuse" |
| 2002 | Children's Justice Act Task Force Conference, Hyannis, MA "Central MA Shaken Baby Syndrome Campaign: A Multidisciplinary Response" |
| 2002 | Worcester County Injury Prevention Conference, Worcester, MA "Diagnosis of Accidental vs. Non-Accidental Injuries" |
| 2002 | Bay State Hospital Trauma Conference, Springfield, MA "Recognizing Child Maltreatment" |
| 2002 | Northampton District Attorney's Conf. "A Day with the Experts", Northampton, MA " Child Physical Abuse Evaluations" |
| 2003 | Bay State Hospital Grand Rounds and Resident Rounds, Springfield, MA "Recognizing and Responding to Child Maltreatment" |
| 2003 | 8th Annual New England Regional Trauma Conference, Sharon, MA "Is this Abuse?" |
| 2003 | 4th Annual Primary Care Days, Worcester, MA |

| | |
|---|---|
| | "When to file 51-A" |
| 2003 | Grand Rounds-UMass Memorial Medical Center-Pediatric Department, Worcester, MA |
| 2003 | Grand Rounds-UMass Memorial Medical Center- Family Medicine Dept,Worcester, MA |
| 2003 | Grand Rounds- Heywood Hospital, Gardner, MA |
| 2004 | May Institute Continuing Education Services, Norwood, MA<br>"Identifying and Treating Child Victims of Sexual Abuse" Abuse" |
| 2005 | MetroWest Medical Center Pediatric Grand Rounds, Framingham, MA<br>" Abusive Head Trauma" |
| 2005 | 10th Annual Neonatology-Pediatric Conference, New Bedford, MA<br>"Domestic Violence and Child Maltreatment" |
| 2006 | 29th Annual Problems in Pediatrics, Waterville, ME<br>" Recognizing and Responding to CM" and<br>"Identifying Child Sexual Abuse, Initial Office Management" |
| 2006 | 18th Annual Kiwanis Pediatric Trauma Management Seminar, Providence, RI<br>" This is no accident" |
| 2007 | Child and Adolescent Grand Rounds, East Providence, RI<br>"Neglect in Rhode Island" |
| 2007 | Ray Helfer Conference, Portland, OR<br>" Fellowship Training in Child Abuse Pediatrics: A Forum for Fellowship Directors" |
| 2007 | 19 th Annual Kiwanis Pediatric Trauma Management Seminar, Providence, RI<br>" Multitasking: Am I Standing in a Crime Scene?" |
| 2008 | Hasbro Children's Hospital Pediatric Department Grand Rounds<br>" Sudden Unexplained Infant Death Investigation (SUIDI)" |

**NON-CME:**

| | |
|---|---|
| 2002 | Conference on Child Abuse and Related Matters, Keynote Speaker<br>" Recognition of Child Abuse" |
| 2002 | Central Mass. SBS Prevention Campaign Conference, Shrewsbury, MA<br>Lecture and Conference Coordination |
| 2003 | Worcester Infant Mortality Reduction Task Force, Worcester, MA<br>"Domestic Violence and Infant Mortality" |
| 2003 | New England Community Police Partnership, Manchester, NH<br>"Abusive Head Trauma" |
| 2004 | New England Community Police Partnership, Manchester, NH<br>"Medical Evaluation for Suspected Child Maltreatment" |
| 2005 | Rainbow Child Development Center Keynote Address 33rd Annual Meeting<br>"Community Response to Children's Protective Issues" |
| 2005 | Parenting Matters Conference, Warwick, RI<br>"Coping with Crying: SBS Prevention" |
| 2008 | The Best Beginnings Conference, Warwick, RI<br>"Shaken Baby Syndrome and the role of the Perinatal Educator<br>in Reducing the Incidence" |
| 2008 | New England Law Enforcement Training, Portsmouth, NH<br>"Child Abuse and Fatality Investigations" |

**GRANTS**

| | |
|---|---|
| 2001 | Children's Justice Act Grant |
| 2001 | TJX Grant |
| 2001 | Health Foundation of Central Massachusetts, Inc- Planning Grant |
| 2002 | Children's Justice Act Grant |
| 2002 | Greater Worcester Community Foundation |
| 2002 | Health Foundation of Central Massachusetts, Inc- Pilot Grant |
| 2003 | Children's Justice Act Grant |
| 2003 | Massachusetts Office for Victim Assistance Grant |

**SUPERVISION OF FELLOWS**

Dr. Barron has trained and supervised the following Fellows in Forensic Pediatrics. They are listed by year of graduation from the fellowship program and by their academic and clinical positions.

Amy P. Goldberg, MD (2004)
2004- Assistant Professor of Pediatric, Brown Medical School, Providence, Rhode Island
2004- Attending Physician Child Protection Program, Hasbro Children's Hospital, Providence, Rhode Island

Reena Isaac, MD (2005)
2005- Assistant Professor of Pediatrics, Baylor College of Medicine, Houston, Texas
2005- Director, Child Protection Program, Texas Children's Hospital, Houston, Texas

Shelly Martin, MD (2006)
2006- Assistant Professor of Pediatrics, Uniformed Services University, Bethesda, Maryland (pending)
2006- Child Abuse Pediatrician, Armed Forces Center for Protection, Bethesda, Maryland

Rebecca Moles, MD (2006)
2006- Assistant Professor of Pediatrics, University of Massachusetts Medical School
2006- Acting Division Chief, Child Protection Program, UMass Memorial Medical Center, Worcester, Massachusetts

Nancy Harper, MD (2007)
2007- Assistant Professor of Pediatric, Texas A&M, Corpus Christi, Texas (pending)
2007- Medical Director, CARE Team, Driscoll Children's Hospital, Corpus Christi, Texas

Arne Graff, MD (2007)
2007- Medical Director, Child & Adolescent Maltreatment Department
2007- Medical Director, Red River and Dakota Child Advocacy Centers

Current Fellows:
Mark Massi, MD
Kristine Fortin, MD
Kenneth McCann, DO
Mara Hover, DO

**EXPERT WITNESS TESTIMONY**
Qualified as an expert witness in Superior and/or Juvenile Courts in the States of Rhode Island, Massachusetts, and New York.

**LEGISLATIVE TESTIMONY:**
2007 Testified before Rhode Island Legislature regarding proposed budgetary changes for Rhode Island Department of Children, Youth and Families

**RESEARCH INTERESTS**
~ Fatal child abuse and neglect
~ Defining neglect
~ Effective prevention programs for child maltreatment
~ HIV transmission in children victims of sexual abuse and sexual assaults
~ Radiographic imaging modalities for the identification of child maltreatment